# CONSENT TO BECOME PARTY PLAINTIFF

By my signature below, I hereby consent to be a party plaintiff in the above-styled lawsuit for claims under the Fair Labor Standards Act. I also authorize the filing and prosecution of the above-styled Fair Labor Standards Act action in my name and on my behalf. I declare, under the penalty of perjury, that the signature below is of the person named in this consent form.

_____
WLADYSLAW WYLAZ

Dated: 10/5/1, 2018